United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 15-05236-KSJ
Christopher M. Chappel                                          Chapter 7
Lollie D. Chappel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-6           User: heatherb          Page 1 of 2          Date Rcvd: Jun 17, 2015
                               Form ID: B9A            Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2015.
db/jdb        +Christopher M. Chappel,   Lollie D. Chappel,   4900 Manor House Lane,
               St. Cloud, FL 34772-7227
tr            +Gene T Chambers,   Post Office Box 533987,   Orlando, FL 32853-3987
25589035      +Aldridge Pite, LLP,   1615 South Congress Ave.,   Suite 200,   Delray Beach, FL 33445-6326
25589036       Allergan,   12975 Collections Center Dr.,   Chicago, IL 60693-0129
25589039      +Baytree Leasing Company,   100 Tri-State International,   Suite 240,
               Lincolnshire, IL 60069-4418
25589040      +BusinessFirst Insurance,   P.O. Box 988,   Lakeland, FL 33802-0988
25589049     #+CSC, LLC,   222 Broadway Ave., Ste. 302,   Kissimmee, FL 34741-5767
25589041      +Carlos Diaz,   5151 E. Broadway Blvd.,   Suite 800,   Tucson, AZ 85711-3775
25589042     #+Chappel Family Practice, LLC,   222 Broadway Ave., Ste. 301,   Kissimmee, FL 34741-5767
25589043      +Chase - Capital One,   P.O. Box 15153,   Wilmington, DE 19886-5153
25589044      +Chase - Ink,   P.O. Box 15153,   Wilmington, DE 19886-5153
25589048      +Clay County Tax Collector,   54 Church Street,   Hayesville, NC 28904-7769
25589050       Dale G. Jacobs, Esq.,   P.O. Box 2537,   Lakeland, FL 33806-2537
25589051      +David S. Cohen, Esq.,   5728 Major Blvd., Ste. 550,   Orlando, FL 32819-7974
25589057     #+FPA Clinical Research, LLC,   222 Broadway Ave., Ste. 302,   Kissimmee, FL 34741-5767
25589054      +Figjam Investments, LLC,   222 Broadway Ave., Ste. 302,   Kissimmee, FL 34741-5767
25589055      +First American Payment,   Systems, L.P.,   100 Throckmorton Street,   Suite 1800,
               Fort Worth, TX 76102-2802
25589061      +Jeffrey Cannon,   3013 Seigneury Drive,   Windermere, FL 34786-8353
25589062      +Jon Marshall Oden, Esq.,   201 E. Pine St., Ste. 825,   Orlando, FL 32801-2764
25589063      +Kurti & Barbara K. Shah and,   Raji Trust,   801 W. Main Street,   Kissimmee, FL 46962-1452
25589064      +L. Geoffrey Young, Esq.,   or J. Martin Knaust,   150 Second Ave. North, #1700,
               St. Petersburg, FL 33701-3397
25589067      +McKesson / PSS,   301 Gills Drive, Ste. 200,   Orlando, FL 32824-7861
25589068      +Nationstar Mortgage,   8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
25589069      +North American Office Sol.,   6314 Kingspointe Parkway,   Suite 7,   Orlando, FL 32819-6531
25589071      +Patricia L. Daugherty, Esq.,   11 N. Vernon Ave.,   Kissimmee, FL 34741-5110
25589072      +Patricia M. Gleeson,   c/o Robert M. Bulfin, P.A.,   2826 E. Oakland Park Blvd.,
               Fort Lauderdale, FL 33306-1800
25589073      +Rachael Alvarez,   1430 Gene Street,   Winter Park, FL 32789-4841
25589074      +Richard B. Storfer, Esq.,   101 NE 3rd Ave., Ste. 1800,   Fort Lauderdale, FL 33301-1252
25589075      +Ryan Booher, Esq.,   100 S. Ashley Dr., Ste. 830,   Tampa, FL 33602-5348
25589079      +SST/Deeto,   P.O. Box 23060,   Columbus, GA 31902-3060
25589076      +Sanofi Pasteur, Inc.,   12458 Collections Center Dr.,   Chicago, IL 60693-0124
25589077      +Security Systems, Inc.,   55 Sebeth Drive,   Cromwell, CT 06416-1054
25589078      +Shah Family, LLC,   801 W. Main Street,   Noth Manchester, IN 46962-1452
25589080      +SunTrust Bank,   10536 Moss Park Road,   Orlando, FL 32832-5811
25589081      +Time Payment,   PWT Holdings,   1333 Sadler Circle W. Dr.,   Indianapolis, IN 46239-1055
25589082      +Timothy Majors,   2106 N. Orange Ave, Ste. 200,   Orlando, FL 32804-5535
25590468      +United States Attorney,   400 West Washington Street,   Suite 3100,   Orlando FL 32801-2440
25589083      +Upchurch Watson White & Max,   1060 Maitland Ctr Commons,   Suite 440,
               Maitland, FL 32751-7430
25589087      +Wendy Brewer, Esq.,   801 West Main Street,   West Manchester, IN 47371
25589053      +eClinicalWeb,   P.O. Box 983122,   Boston, MA 02298-3122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: jluna@lseblaw.com Jun 17 2015 23:23:22     Justin M. Luna,
               Latham, Shuker, Eden & Beaudine, LLP,   P.O. Box 3353,   Orlando, FL  32802-3353
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jun 17 2015 23:24:15
               United States Trustee - ORL7/13,   Office of the United States Trustee,
               George C Young Federal Building,   400 West Washington Street, Suite 1100,
               Orlando, FL 32801-2210
25589037      +EDI: GMACFS.COM Jun 17 2015 23:18:00     Ally Bank,   P.O. Box 951,   Horsham, PA 19044-0951
25589038      +EDI: BANKAMER2.COM Jun 17 2015 23:19:00     Bank of America,   100 North Tryon Street,
               Charlotte, NC 28255-0001
25589045      +EDI: CHASE.COM Jun 17 2015 23:19:00     Chase - Southwest,   P.O. Box 15153,
               Wilmington, DE 19886-5153
25589046       EDI: CHASE.COM Jun 17 2015 23:19:00     Chase Card Member Service,   P.O. Box 15153,
               Wilmington, DE 19886-5153
25589047       EDI: CITICORP.COM Jun 17 2015 23:19:00     CitiCard,   Processing Department,
               Des Moines, IA 50363-0005
25589056      +E-mail/Text: HWIBankruptcy@hunterwarfield.com Jun 17 2015 23:24:44
               First Data Global Leasing,   c/o Hunter Warfield,   4620 Woodland Corp. Blvd.,
               Tampa, FL 33614-2415
25588947       EDI: FLDEPREV.COM Jun 17 2015 23:18:00     Florida Department of Revenue,   Bankruptcy Unit,
               Post Office Box 6668,   Tallahassee FL 32314-6668
25589058      +E-mail/Text: capitalbankruptcynotice@ge.com Jun 17 2015 23:25:20     GE Capital,
               P.O. Box 740423,   Atlanta, GA 30374-0423
25589059      +E-mail/Text: greatplains@greatplainsfs.com Jun 17 2015 23:24:57     Great Plains Capital Corp.,
               2475 39th Avenue # A,   Columbus, NE 68601-2289

```
District/off: 113A-6          User: heatherb          Page 2 of 2              Date Rcvd: Jun 17, 2015
                             Form ID: B9A             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
25589060      EDI: IRS.COM Jun 17 2015 23:19:00     Internal Revenue Service,   Centralized Insolvency Ops,
                PO Box 7346,   Philadelphia, PA 19101-7346
25589065      EDI: WFNNB.COM Jun 17 2015 23:19:00     Lending Club,   c/o Comenity Capital Bank,
                P.O. Box 183043,   Columbus, OH 43218-3043
25588946      E-mail/Text: taxbankruptcy@osceola.org Jun 17 2015 23:25:26     Osceola County Tax Collector,
                Attn:  Patsy Heffner,   Post Office Box 422105,   Kissimmee FL 34742-2105
25589070      E-mail/Text: taxbankruptcy@osceola.org Jun 17 2015 23:25:26     Osceola Cty Tax Collector,
                Attn:  Patsy Heffner,   P.O. Box 422105,   Kissimmee, FL 34742-2105
25589085      EDI: USBANKARS.COM Jun 17 2015 23:20:00     US Bank,   P.O. Box 790408,   St. Louis, MO 63179
25589084      +E-mail/Text: compliancesecurity@urbantrustbank.com Jun 17 2015 23:23:33     Urban Trust Bank,
                400 Colonial Cntr Parkway,   Suite 150,   Lake Mary, FL 32746-7684
25589086      +EDI: WFFC.COM Jun 17 2015 23:19:00     Wells Fargo National Bank,   503 S. Pierre Street,
                Pierre, SD 57501-4522
                                                                                    TOTAL: 18


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25589052      Donna Dorinsky,   Unknown
25588948*     Internal Revenue Service,   Post Office Box 7346,   Philadelphia PA 19101-7346
25589066    ##+Mayo Enterprises, Inc.,   278 Winfield Ave.,   Jersey City, NJ 07305-1719
                                                                        TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2015 at the address(es) listed below:
```
          Gene T Chambers    gtchambers@cfl.rr.com,   gtc@trustesolutions.com;gtc@trustesolutions.net
          Justin M. Luna    on behalf of Debtor Christopher M. Chappel jluna@lseblaw.com,
            bknotice@lseblaw.com;wrivera@lseblaw.com;mfranklin@lseblaw.com;dcrivello@lseblaw.com
          Justin M. Luna    on behalf of Joint Debtor Lollie D. Chappel jluna@lseblaw.com,
            bknotice@lseblaw.com;wrivera@lseblaw.com;mfranklin@lseblaw.com;dcrivello@lseblaw.com
          United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                        TOTAL: 4
```

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (03/14)                      Case Number **6:15−bk−05236−KSJ**

---

## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 16, 2015 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the
bankruptcy clerk's office cannot give legal advice.

*Creditors − Do not file this notice with any proof of claim you submit to the court.*
### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher M. Chappel<br>4900 Manor House Lane<br>St. Cloud, FL 34772 | Lollie D. Chappel<br>4900 Manor House Lane<br>St. Cloud, FL 34772 |

| | |
|---|---|
| Case Number:<br>6:15−bk−05236−KSJ | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−2727<br>xxx−xx−8104 |

| | |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Justin M. Luna<br>Latham, Shuker, Eden & Beaudine, LLP<br>P.O. Box 3353<br>Orlando, FL 32802−3353<br>Telephone number:  (407) 481−5800 | Bankruptcy Trustee (name and address):<br>Gene T Chambers<br>Post Office Box 533987<br>Orlando, FL 32853<br>Telephone number:  (407) 872−7575 |

## Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.

You are reminded that Local Rule 5073−1 restricts the entry of personal electronic devices into the Courthouse.

Date:  **July 17, 2015**                      Time:  **11:30 AM**

Location:  **George C. Young Courthouse, Suite 1202−A, 400 West Washington Street, Orlando, FL 32801**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts:**
**September 15, 2015**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's
property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend
or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a
lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the
reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801<br>Telephone number:  407−237−8000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date:  June 17, 2015 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee
pursuant to 11 USC § 701.

# EXPLANATIONS

FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint − or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) −in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## −− Refer to Other Side for Important Deadlines and Notices −−

| | |
|---|---|
| Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1−866−222−8029. |