# ALDRIDGE | PITE
LLP

June 24, 2015

Clerk, United States Bankruptcy Court
Middle District of Florida
Orlando Division

## REQUEST FOR SERVICE OF NOTICES

RE:  Debtor(s)        :   Christopher M. Chappel and Lollie D. Chappel
     Case Number      :   15-05236-KSJ
     Chapter          :   7
     Secured Creditor :   Bank of America
     Loan Number      :   5868

Dear Sir / Madam:

    Please add the following interested party to the mailing / service list in the above referenced case:

        Bank of America
        c/o Aldridge Pite LLP (formerly known as Aldridge Connors, LLP)
        Bankruptcy Department
        Fifteen Piedmont Center
        3575 Piedmont Road, N.E., Suite 500
        Atlanta, GA 30305

    Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

        Very Truly Yours,

        /s/ Alice Blanco
        Alice Blanco, Esq.
        Agent for Bank of America

cc:  Debtor's Counsel
     Trustee
     United States Trustee

Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
P: 404~994~7400
F: 888~246~7307