UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Christopher M. Chappel and
Lollie D. Chappel,

Case No. 6:15-bk-05236-KSJ
Chapter 7

        Debtors.
_____/

**NOTICE OF RULE 2004 EXAMINATION, REQUEST FOR
PRODUCTION OF DOCUMENTS, AND NOTICE OF SUBPOENA**

      Pursuant to Local Rule 2004-1 and Rule 2004 of the Federal Rules of Bankruptcy Procedure, creditor and party-in-interest Tim Majors, by and through his counsel, will examine Jordan Chappel under oath on **August 18, 2015, at 10:00 a.m**. at the offices of Broad & Cassel, 390 North Orange Avenue, Suite 1400, Orlando, Florida, 32801.  The examination may continue from day to day until completed.  The examination is pursuant to Fed. R. Bankr. P. 2004 and will be taken before an officer authorized to record the testimony.  Pursuant to Local Rule 2004-1 and Rule 45 of the Federal Rules of Civil Procedure, Mr. Jordan Chappel is further instructed to produce the requested documents specified on **Exhibit A** and bring said documents to the examination.

      The examination above-referenced shall be with respect to those matters described in Rule 2004 of the Federal Rules of Bankruptcy Procedure, including without limitation the assets of the Debtors, the assets of the Chappel Group, LLC, and the current ownership and past ownership structure of the Chappel Group, LLC.

      Please take notice that the undersigned intends to serve a subpoena (the "Subpoena") via private process server upon Mr. Jordan Chappel, which Subpoena will request attendance at the examination and the production of documents as specified on **Exhibit A**.

      Respectfully submitted this 23rd day of July, 2015.

{O1537810;2}

*/s/ Michael A. Nardella*
Michael A. Nardella, Esquire
Florida Bar No. 51265
**Nardella & Nardella, PLLC**
250 East Colonial Drive, Suite 102
Orlando, Florida  32801
Phone:  (407) 966-2680
Fax: (407) 966-2681
E-mail: mnardella@nardellalaw.com

**ATTORNEYS FOR TIM MAJORS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished via first class or electronic mail using the Court's CM/ECF system on the 23rd day of July, 2015 to:  Debtors: 4900 Manor House Lane, St. Cloud, Florida, 34772; Debtors' Counsel:  Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, PO Box 3353, Orlando, Florida 32802; Trustee: Gene Chambers, Trustee, P. O. Box 533987, Orlando, FL  32853; and all other parties receiving CM/ECF service.

*/s/ Michael A. Nardella*
Michael A. Nardella, Esquire

**Exhibit A**

**Documents to Be Produced Which Are In Your Possession or Control**

1. All books and records of the Chappel Group, LLC.

2. All operating agreements, articles of organization, by laws, shareholder agreements, and other corporate documents for the Chappel Group, LLC.

3. All documents which evidence the ownership structure and percentages of ownership for the Chappel Group, LLC, current and historical.

4. All documents reflecting whether you were ever an owner of the Chappel Group, LLC, and what happened to your ownership interests, including any transfer documents.

5. All documents evidencing any applications for reemployment or unemployment insurance drafted for or filed by the Chappel Group, LLC.

6. All documents, including without limitation applications and letters, evidencing or describing any AHCA license(s) or exemption held by the Chappel Group, LLC, you, or any other owner of the Chappel Group, LLC.