UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Christopher M. Chappel and       Case No. 6:15-bk-05236-KSJ
Lollie D. Chappel,      Chapter 7

    Debtors.
_____/

## NOTICE OF CANCELLATION OF RULE 2004 EXAMINATION

Pursuant to Local Rule 2004-1 and Rule 2004 of the Federal Rules of Bankruptcy Procedure, creditor and party-in-interest Tim Majors, by and through his counsel, hereby cancel the examination of Lollie D. Chappel under oath on **September 3, 2015, at 2:00 p.m.** at the offices of Nardella & Nardella, PLLC, 250 East Colonial Drive, Suite 102, Orlando, FL 32801.

Respectfully submitted this 2nd day of September, 2015.

    */s/ Michael A. Nardella*
    Michael A. Nardella, Esquire
    Florida Bar No. 51265
    **Nardella & Nardella, PLLC**
    250 East Colonial Drive, Suite 102
    Orlando, Florida 32801
    Phone: (407) 966-2680
    Fax: (407) 966-2681
    E-mail: mnardella@nardellalaw.com

    **ATTORNEYS FOR TIM MAJORS**

{O1537810;2}

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished via first class or electronic mail using the Court's CM/ECF system on the 2nd day of September, 2015 to: Debtors: 2660 Zuni Road, St. Cloud, Florida, 34771; Debtors' Counsel: Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, PO Box 3353, Orlando, Florida 32802; Trustee: Gene Chambers, Trustee, P. O. Box 533987, Orlando, FL 32853; Trustee's Counsel: Cynthia Lewis, Esq., James H. Monroe, P.A., PO Box 540163, Orlando, FL 32854; and all other parties receiving CM/ECF service.

/s/ Michael A. Nardella
Michael A. Nardella, Esquire