**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                    CASE NO. 6:15-bk-05236-KSJ

**CHRISTOPHER M. CHAPPEL and**            CHAPTER 7
**LOLLIE D. CHAPPEL,**

        Debtors.
_____/

**AMENDMENTS BY CHRISTOPHER M. CHAPPEL AND LOLLIE D. CHAPPEL
TO SCHEDULE B - PERSONAL PROPERTY; SCHEDULE C - PROPERTY CLAIMED
AS EXEMPT; SCHEDULE D - CREDITORS HOLDING SECURED NONPRIORITY
CLAIMS; STATEMENT OF FINANCIAL AFFAIRS;
AND AMENDED SUMMARY OF SCHEDULES**

     **CHRISTOPHER M. CHAPPEL** and **LOLLIE D. CHAPPEL** (the "Debtors"), file this Amendment to their Schedules and Statement of Financial Affairs (Doc No. 1) as follows:

1. Schedule B - Personal Property is amended as follows:

   a. No. 2 – Checking: is amended to change the Centennial Bank Checking Account (XXXX-0267) asset from "Husband" to "Joint" asset; Centennial Bank Checking Account (XXXX-0276) is amended to reflect a balance of $3,295.96 and Centennial Bank Checking Account (XXXX-0267) is amended to reflect a balance of $2,147.60;

   b. No. 5 – Artwork: amended to include a copy of a painting by Peter Maxx with a value of $500.00 and such labeled as a "Joint" asset;

   c. No. 14 – Interest in partnerships: should be amended to add Horse Play Investments, LLC, a Montana limited liability corporation to be listed as a "Joint" asset with a value of $1.00; and

   d. No. 16 – Account Receivable: should be amended to include the wages due to Christopher M. Chappel, head of household, from Chappel Group, LLC i/a/o $25,101.80 and a loan Christopher M. Chappel made to Chappel Group, LLC i/a/o $10,000.00.

2. Schedule C - Property Claimed as Exempt is amended to include the exemption of Tenants by the Entireties to the already listed Centennial Bank Checking Account (Checking Account No. XXXX-0267) and add Horse Play Investments, LLC under Interests in Partnership, also to be labeled as exempt as Tenants by the Entireties exemption.

3. Schedule D – Creditors Holding Secured Nonpriority Claims is amended to add "All Personal Property" to the description.

4. The Statement of Financial Affairs is amended as follows:

   a. No. 1 – The 2015 Income YTD should be amended to be $75,256.00.

   b. No. 7 – Gifts should be amended to include the following:

      i. Various used gym equipment given to New Life Cultural Center Church Kissimmee (approximately half of the gifted equipment is still located at 222 Broadway Ave., Kissimmee, FL 34741); and

      ii. A non-operational 2006 Seadoo WaveRunner Jetski was given to the First Christian Church of Kissimmee in September 2014.

   c. No. 10 – Other transfers should be amended to include: one (1) diamond engagement ring given to Dustin Chappel in March of 2015; $10,000 given to Christa Chappel for her personal wedding expenses in two (2) equal payments of $5,000.00 made in September 2014 and November 2014; $1,000.00 given to Jordan Chappel for rehearsal dinner expenses on September 2014; and $1,000.00 given to Gail Weimer in February 2015 as repayment of an outstanding debt.

   d. No. 14 – Property held for another person should be amended to include three horses and a horse trailer held for Casey Chappel.

   e. No. 18 – Nature, location and name of business should be amended to include Horse Play Investments, LLC, a Montana limited liability corporation as a holding company which was organized on July 1, 2008.

5. The Amended Summary of Schedules is attached hereto as Exhibit A.

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 2d day of Sept. 2015.

By: _____
CHRISTOPHER M. CHAPPEL

By: _____
LOLLIE D. CHAPPEL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                              CASE NO. 6:15-bk-05236-KSJ

CHRISTOPHER M. CHAPPEL and                          CHAPTER 7
LOLLIE D. CHAPPEL,

            Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **AMENDMENTS BY CHRISTOPHER M. CHAPPEL AND LOLLIE D. CHAPPEL TO SCHEDULE B - PERSONAL PROPERTY; SCHEDULE C - PROPERTY CLAIMED AS EXEMPT; SCHEDULE D - CREDITORS HOLDING SECURED NONPRIORITY CLAIMS;; STATEMENT OF FINANCIAL AFFAIRS; AND AMENDED SUMMARY OF SCHEDULES**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **CHRISTOPHER M. CHAPPEL** and **LOLLIE D. CHAPPEL**, 4900 Manor House Lane, St. Cloud, FL 34772; **Mayo Enterprises, Inc.**, c/o William Benson, Registered Agent, 14050 W. Highway 326, Morriston, FL 32668; **Gene T. Chambers, Chapter 7 Trustee**, P.O. Box 533987, Orlando, FL 32853; **Cynthia Lewis, Esq.**, P.O. Box 540163, Orlando, FL 32854-0163; Shah Family, LLC and Kirti Shah, c/o **Wendy D. Brewer, Esq.**, 300 N. Meridian Street, Suite 220, Indianapolis, IN 46204; all creditors, as shown on the matrix attached to the original of this amendment filed with the Court; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801, on this 2nd day of September 2015.

/s/ Justin M. Luna
Justin M. Luna
Florida Bar No. 0037131
jluna@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Ave, Suite 1400
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: (407) 481-5800
Fax: (407) 481-5801
*Attorneys for Debtors*

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Christopher M. Chappel,**
**Lollie D. Chappel**

Debtors

Case No. _____

Chapter  7

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 774,976.00 | | |
| B - Personal Property | Yes | 4 | 378,231.36 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,545,090.92 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 1,191,441.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 12,378.06 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 12,320.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | | Total Assets | 1,153,207.36 | | |
| | | | Total Liabilities | 2,736,532.25 | |

**Exhibit "A"**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Christopher M. Chappel,**
        **Lollie D. Chappel**                                                          Case No. _____

                                                          Debtors          Chapter                 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

**Exhibit "A"**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-05236-KSJ<br>Middle District of Florida<br>Orlando<br>Wed Sep  2 11:05:36 EDT 2015 | Christopher M. Chappel<br>2660 Zuni Road<br>St. Cloud, FL 34771-7987 | Lollie D. Chappel<br>2660 Zuni Road<br>St. Cloud, FL 34771-7987 |
| Cynthia E Lewis<br>James H. Monroe P.A.<br>PO Box 540163<br>Orlando, FL 32854-0163 | Mayo Enterprises Inc.<br>c/o Law Offices of David S. Cohen<br>5728 Major Blvd., Suite 550<br>Orlando, Fl 32819-7974 | Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE Second Avenue, Ste 1120<br>Miami, FL 33131-1605 |
| Kirti P. Shah<br>801 W. Main Street<br>North Manchester, IN 46962-1452 | Shah Family, LLC<br>801 W. Main Street<br>North Manchester, IN 46962-1452 | Aldridge Pite, LLP<br>1615 South Congress Ave.<br>Suite 200<br>Delray Beach, FL 33445-6326 |
| Allergan<br>12975 Collections Center Dr.<br>Chicago, IL 60693-0129 | Ally Bank<br>P.O. Box 951<br>Horsham, PA 19044-0951 | American InfoSource LP as agent for<br>First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255-0001 | Baytree Leasing Company<br>100 Tri-State International<br>Suite 240<br>Lincolnshire, IL 60069-4418 | BusinessFirst Insurance<br>P.O. Box 988<br>Lakeland, FL 33802-0988 |
| CSC, LLC<br>222 Broadway Ave., Ste. 302<br>Kissimmee, FL 34741-5767 | Carlos Diaz<br>5151 E. Broadway Blvd.<br>Suite 800<br>Tucson, AZ 85711-3775 | Chappel Family Practice, LLC<br>222 Broadway Ave., Ste. 301<br>Kissimmee, FL 34741-5767 |
| Chase - Capital One<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase - Ink<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase - Southwest<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Chase Card Member Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | CitiCard<br>Processing Department<br>Des Moines, IA 50363-0005 | Clay County Tax Collector<br>54 Church Street<br>Hayesville, NC 28904-7769 |
| Dale G. Jacobs, Esq.<br>P.O. Box 2537<br>Lakeland, FL 33806-2537 | David S. Cohen, Esq.<br>5728 Major Blvd., Ste. 550<br>Orlando, FL 32819-7974 | FPA Clinical Research, LLC<br>222 Broadway Ave., Ste. 302<br>Kissimmee, FL 34741-5767 |
| Figjam Investments, LLC<br>222 Broadway Ave., Ste. 302<br>Kissimmee, FL 34741-5767 | First American Payment<br>Systems, L.P.<br>100 Throckmorton Street<br>Suite 1800<br>Fort Worth, TX 76102-2802 | First Data Global Leasing<br>c/o Hunter Warfield<br>4620 Woodland Corp. Blvd.<br>Tampa, FL 33614-2415 |

| | | |
|---|---|---|
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GE Capital<br>P.O. Box 740423<br>Atlanta, GA 30374-0423 | GREAT PLAINS CAPITAL CORPORATION<br>PO BOX 1068<br>COLUMBUS NE 68602-1068 |
| Great Plains Capital Corp.<br>2475 39th Avenue # A<br>Columbus, NE 68601-2289 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Jeffrey Cannon<br>3013 Seigneury Drive<br>Windermere, FL 34786-8353 | Jon Marshall Oden, Esq.<br>201 E. Pine St., Ste. 825<br>Orlando, FL 32801-2764 | Kurti & Barbara K. Shah and<br>Raji Trust<br>801 W. Main Street<br>Kissimmee, FL 46962-1452 |
| L. Geoffrey Young, Esq.<br>or J. Martin Knaust<br>150 Second Ave. North, #1700<br>St. Petersburg, FL 33701-3397 | Lending Club<br>c/o Comenity Capital Bank<br>P.O. Box 183043<br>Columbus, OH 43218-3043 | Mayo Enterprises, Inc.<br>c/o William Benson, Registered Agent<br>14050 W. Highway 326<br>Morriston, FL 32668-7428 |
| McKesson / PSS<br>301 Gills Drive, Ste. 200<br>Orlando, FL 32824-7861 | Nationstar Mortgage<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 | North American Office Sol.<br>6314 Kingspointe Parkway<br>Suite 7<br>Orlando, FL 32819-6531 |
| Osceola County Tax Collector<br>Attn: Patsy Heffner<br>Post Office Box 422105<br>Kissimmee FL 34742-2105 | Osceola Cty Tax Collector<br>Attn: Patsy Heffner<br>P.O. Box 422105<br>Kissimmee, FL 34742-2105 | Patricia M. Gleeson<br>c/o Robert M. Bulfin, P.A.<br>2826 E. Oakland Park Blvd.<br>Fort Lauderdale, FL 33306-1800 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Rachael Alvarez<br>1430 Gene Street<br>Winter Park, FL 32789-4841 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Richard B. Storfer, Esq.<br>101 NE 3rd Ave., Ste. 1800<br>Fort Lauderdale, FL 33301-1252 | Ryan Booher, Esq.<br>100 S. Ashley Dr., Ste. 830<br>Tampa, FL 33602-5348 | SST/Deeto<br>P.O. Box 23060<br>Columbus, GA 31902-3060 |
| Sanofi Pasteur, Inc.<br>12458 Collections Center Dr.<br>Chicago, IL 60693-0124 | Security Systems, Inc.<br>55 Sebeth Drive<br>Cromwell, CT 06416-1054 | Shah Family, LLC<br>801 W. Main Street<br>Noth Manchester, IN 46962-1452 |
| SunTrust Bank<br>10536 Moss Park Road<br>Orlando, FL 32832-5811 | Time Payment<br>PWT Holdings<br>1333 Sadler Circle W. Dr.<br>Indianapolis, IN 46239-1055 | Timothy Majors<br>2106 N. Orange Ave, Ste. 200<br>Orlando, FL 32804-5535 |

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Attorney<br>400 West Washington Street<br>Suite 3100<br>Orlando FL 32801-2440 | Upchurch Watson White & Max<br>1060 Maitland Ctr Commons<br>Suite 440<br>Maitland, FL 32751-7430 |
| Urban Trust Bank<br>400 Colonial Cntr Parkway<br>Suite 150<br>Lake Mary, FL 32746-7684 | Wells Fargo National Bank<br>503 S. Pierre Street<br>Pierre, SD 57501-4522 | Wendy Brewer, Esq.<br>801 West Main Street<br>West Manchester, IN 47371 |
| eClinicalWeb<br>P.O. Box 983122<br>Boston, MA 02298-3122 | eClinicalWorks<br>2 Technology Dr<br>Westborough MA 01581-1727 | Gene T Chambers +<br>Post Office Box 533987<br>Orlando, FL 32853-3987 |
| David S Cohen +<br>Law Offices of David S Cohen LC<br>5728 Major Boulevard<br>Suite 550<br>Orlando, FL 32819-7974 | Wendy D Brewer +<br>Jefferson & Brewer, LLC<br>300 N. Meridian Street, Ste. 220<br>Indianapolis, IN 46204-1779 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Alice A Blanco +<br>Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road Northeast - Suite 500<br>Atlanta, GA 30305-1623 | Michael A Nardella +<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Ste 102<br>Orlando, FL 32801-1231 | Justin M. Luna +<br>Latham, Shuker, Eden & Beaudine, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 |
| Brandi Rainey Lesesne +<br>Aldridge Pite LLP<br>3575 Piedmont Road, NE<br>Suite 500<br>Atlanta, GA 30305-1623 | Cynthia E Lewis +<br>James H Monroe PA<br>PO Box 540163<br>Orlando, FL 32854 0163 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Bank
P.O. Box 790408
St. Louis, MO 63179

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A | (u)Karen S. Jennemann<br>Orlando | (u)Tim Majors |

| | | |
|---|---|---|
| (u)Steven M Vanderwilt, | (u)Donna Dorinsky<br>Unknown | End of Label Matrix<br>Mailable recipients    77<br>Bypassed recipients     5<br>Total                   82 |