**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

**In re:**

CHRISTOPHER M. CHAPPEL                             Case No. 6:15-bk-05236-KSJ
LOLLIE D. CHAPPEL,                                 Chapter 7

    Debtors.
_____/

**TRUSTEE'S MOTION TO EXTEND TIME TO FILE**
**A COMPLAINT OBJECTING TO DEBTORS' DISCHARGE**

    Gene T. Chambers, Trustee, by and through her undersigned attorney, and pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 4007, moves this Court for entry of an order extending the time allowed to file a complaint objecting to debtors' discharge, and in support thereof states as follows:

    1.    On June 16, 2015, the Debtors, Christopher M. Chappel and Lollie D. Chappel ("Debtors") filed a petition under Chapter 7 of the Bankruptcy Code.

    2.    Pursuant to the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines (Doc. No. 5) the deadline to file a complaint objecting to discharge of the Debtors is September 15, 2015.

    3.    The First Meeting of Creditors was held on July 17, 2015 and continued to August 28, 2015, so that Trustee could review the documents Debtors were instructed to provide. The Meeting

of Creditors was subsequently continued to September 11, 2015 to allow Debtors additional time to provide the requested documents and to amend their Schedules and Statement of Financial Affairs.

4. Debtors filed substantial amendments to their Schedules and Statement of Financial Affairs on September 2, 2015 (Doc. No. 72).

5. Numerous Rule 2004 Examinations have been scheduled by a creditor in this case.

6. Trustee is in the process of determining whether or not a complaint objecting to Debtors' discharge should be filed and needs additional time to investigate new information included in Debtors' Amended Schedules and Statement of Financial Affairs, review requested documents not yet provided, and evaluate information from the scheduled Rule 2004 Examinations.

7. Pursuant to Fed. R. Bankr. P. 4004(b) and 4007(c), the Court, for cause, may extend the time for filing a complaint objecting to Debtors' discharge if the motion is filed prior to the expiration of the deadline.

8. Trustee requests a 60 day extension of time from the entry of an order on this Motion to file a complaint objecting to Debtors' discharge.

9. Counsel for Trustee has conferred with Debtors' counsel who consents to the granting of this Motion.

10. This Motion is not made for the purpose of delay, but rather to allow Trustee the additional time necessary to conduct sufficient inquiries into Debtors' assets, liabilities, and financial transactions so that she can determine an appropriate course of action. No party to this matter will be prejudiced by the granting of this Motion.

WHEREFORE, Trustee requests entry of an order granting this Motion and extending time

for Trustee to file a complaint objecting to Debtors' discharge 60 days from entry of an order on this Motion, and for such other relief as the Court deems just and proper.

                                                    /s/ Cynthia E. Lewis          .
                                                    Cynthia E. Lewis
                                                    Fla. Bar No. 53076
                                                    James H. Monroe, P.A.
                                                    Post Office Box 540163
                                                    Orlando, Florida 32854-0163
                                                    Telephone (407) 872-7445
                                                    Facsimile (407) 246-0008
                                                    Email: celewis@jamesmonroepa.com
                                                    Attorney for Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded electronically via CM/ECF and/or by U.S. Mail, postage prepaid, to Christopher M. and Lollie D. Chappel, 2660 Zuni Road, St. Cloud, FL 34771; Justin M. Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, FL 32802-3353; and United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801 this 8th day of September, 2015.

                                                    /s/ Cynthia E. Lewis          .
                                                    Cynthia E. Lewis