ORDERED.

**Dated: August 06, 2016**

Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

Christopher M. Chappel and
Lollie D. Chappel,

Case No. 6:15-bk-05236-KSJ

Debtors,

________________________________/

**ORDER APPROVING FIRST INTERIM APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEE FOR ATTORNEY FOR TRUSTEE AND TRUSTEE'S MOTION TO PAY INTERIM ADMINISTRATIVE EXPENSES**

THIS CASE came before the Court without a hearing, pursuant to Local Rule 2002-4, for consideration of the First Interim Application for Allowance of Attorney's Fee for Attorney For Trustee ("Application")(Doc. No. 145) and Trustee's Motion to Pay Interim Administrative Expenses ("Motion") (Doc. No. 146), both filed on July 6, 2016. The Court finds that appropriate notice has been given to all interested parties containing the required Rule 2002-4 negative notice legend and providing an opportunity to respond within twenty-one (21) days, plus an additional three (3) days for service. No party has filed a response within the time permitted. The Court considers the matter to

be unopposed. The Court has reviewed the Application and the Trustee's Motion and being duly advised in the premises finds the Application should be approved and the Motion granted.

Accordingly, it is **ORDERED**

1. The First Interim Application for Allowance of Attorney's Fee For Attorney For Trustee is approved.

2. Attorney's Fees in the amount of $38,062.50 and Costs in the amount of $51.00 are approved for the law firm of James H. Monroe, P.A.

3. The Trustee's Motion to Pay Interim Administrative Expenses is granted.

4. The Trustee is authorized to disburse administrative expenses in the form of attorney fees and costs in accordance with the First Interim Application for Allowance of Attorney's Fees (Doc. No. 145) in the amount of $38,113.50

Attorney Cynthia E. Lewis is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within three(3) of the entry of this order.